FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 JAN 22 PM 3:51

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURTS
# SOUTHERN DISTRICT of OHIO
# WESTERN DIVISION

2:21cv295

Judge Graham
MAGISTRATE JUDGE VASCURA

Todd M. Smith          #A651.618

(Plaintiff)

Civil Action No. _____

VERSUS                 (Number to be assigned by courts)

1. Corr. Officer S. Allen
2. Case Manager Colegrove
3. L. Shuler, Institutional Inspector
4. Doc. Cohen
5. B. Joyce, Deputy Warden Special Services
6. Ohio Highway State patrol, (patrol woman) Ms. Gladdin
7. C/O Sgt Kuelman / C/O Osbourne
8. Ohio Cheif Inspector C. Lambert
9. J. Stump Health service Admin.
10. Major Quintero - Chief Security

(Defendent's)

## Complaint

I. Previous Lawsuits

A. Have you begun other Lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment.

YES _____      NO ✓

B. Previous Lawsuits - Parties.
  Plantiff — N/A

  Defendents — N/A

2. N/A

II. Place of present Confinement: North Central Correctional Inst.
  A. Is there a prisoner greivance proceedure in this institution
     Yes ✓         No ___

  B. Did you Present the facts relating to your complaint in the State prisoner grievance procedure.
     Yes ✓         No ___

  C. If the answer is YES:
    1. What steps did you take? I filed the informal complaint, Grievance, and Appeal on Medical treatment, The assault itself, My property claim. I wrote the Marion County Ohio state patrol, And Jeff Henry - M.T.C. Director

    2. What was the result? I was stonewalled, told I was lying, even after the 2nd + 3rd Doctor reports. I was targeted by Unit staff. I was denied on all Appeals, Even without reason or relevance. No treatment ever took place - Deliberate Indifference.

III Parties:

Place name and Address (Present Address)

A. Name of Plaintiff: Todd M. Smith
   Address: P.O. Box 1812, Marion, Ohio 43301

B. No additional Plaintiffs

C. Defendant: C/O S. Allen
   is employeed as: Correctional officer
   at: North Central Correctional Institution

D. Additional Defentants: L. Shuler (I. Inspector), Case Manager Colegrove, B. Jayce (Dep-Warden) Doc. Cohen, Major Quentaro, Ohio Highway State Patrol Gladdin (officer), Ohio cheif Inspector Chad Lambert, J. Stump Health service Administrator, (Corr. officer/Sgt Kuelman, Corr. officer Osbourne - property claim)

IV Statement of claim

State here as briefly as possible the facts. Describe how each defendent is involved, include relevent information, dates and places.

June 25th, 2020, Going about my day as normal, the move sheet comes out and an older guy I kinda know is on it. Mrs. Thompson My regular block officer had to deal with alot of moves that day and was trying to get all of them moved before the yard Closed. The older guy is a 350 lb disabled diabetic, and its 90°-95° outside, On top of the 300 yrd walk with all property. I decided to help because Im a porter

IV Statement of Claim (continued)
In the block, Barber. So I get him to Wyndot C-O before the yard closed, pushed the cart to the C/O station, was asked if I am Inmate Ramsey and I told the officer (Allen) "NO SIR I'm Smith, Ramsey's the big guy behind me". C/O Allen said, why can't you stupid motherfuckers stay ~~asleep~~ coming out of place in my block! So I kinda shrugged it off started to leave. He felt I was being arrogant because he hauled me all the way out front, even tried to give him my I.D.. Out front, now present Ms. Colegrove, Screaming at me, for no reason, I'm standing there cornered asking them why they are acting the way they are, when I hear C/O Allen ask Colgrove if I'm going to T.P.U., she says yeah, Cuff him. I am already in the escort possition at this point (as you will see on camera) C/O Allen then said to me, "I'M give you something to laugh about, Arrogant MotherFucker". Started to cuff me, when he did what he did to my left wrist. It felt mangled if that makes sense. screamed out in pain, my whole body was contorted just to accomodate my wrist. quite literally my shoulder came out of place. I started to beg one of the other officers - Artega - to please release the cuff. He laughed and said "I didn't put it on". I was passed off to C/O Ayers who immediatly noticed something wrong, told me to hold still and I was on one knee at this point. He then had to forceably remove the cuff. (C/O Ayers + Sgt Slusher are also witnesses to alot of this.) was sent to shift office, where I showed D.W. Joyce my wrist multiple times. Only thing she said was, we will see what the ticket says. I was told I'm going to the T.P.U. but only for the night, they will be to get me in the morning, I did 16 days. I beat every ticket wrote against me, even the one I plead guilty too, #35 out of place. I was allowed to be where I was. I was denied my manditory clinic check, because Admin knew I was going to report the injury, I even told D.W Joyce and T.P.U. Staff that I wanted to fill out the Unreported use of force statement. I was refused. June 26th around 5:45pm Sgt Slusher came to my cell and told me she is going to sneak me to my clinic check, because most of admin has left and "she didn't want to be frown'd on for no being one of the good ol boys". I was given the statement and sgt Slusher took pictures of my wrist. It was messed up. To this date, I can't move the 4th and 5th finger or role my palm, my left side of the wrist, dislocates. I showed this to Doc Cohen who still said sprained. Isn't sprained still assault, only its way worse, then sprained. Permanant. Gladdin from OHSP. told me the footage "Purged" itself knowing that was a lie, helping to further hide the crime. Ms Shuler the inspector, denied me for no reason, even the foreign Doc Reported the injury. Its been well documented, They allowed this dude to assault me, then they minimized it, and hid it. Then told me later that they tried to help me. They thought I was going to give up, ~~end~~ Showing direct deliberate indifference, and violating my 8th Amendment Rights - end -

V Relief * Property Claim on next page, then V Relief continues. *

State briefly exactly what you want the court to do for you.

I want all Parties directly involved to be fired, Any others co-related, to be removed from post or fired, with evaluations on any person

## IV. Statement of Claim - Property

Property Claim = While I was placed in T.P.U. on the 25th of June, 2020. 80% of my property was left behind at my rack. This was varified by our unit Sgt. and the Theft lost report. I have all reciepts/invoices. C/o Huelman was the officer that never packed my property up, and C/o Osbourne was the staff member in the Vault where the rest of my property came up missing. With footage, reciepts and C/o Ayers as a direct witness to my property not being packed up, literally walking to CRAWford C-D (my unit) while I was placed in T.P.U. Just to be told all of my property was left to 2 inmates. $470.00 in property. All my property was in my area when I got cuffed up that day.

1) Approx $90.00 in food - (I have invoice)
2) 1 speedstick $3.50 Item # 186065204
3) 1 Petroleum Jelly $1.50 Item # 222166094
4) 1 Clear tech power strip $10.90 Item # 3068031
5) 2 Colgate optic white $7.20 Item # 3112506
6) 1 Blue Majic Conditioner $3.90 Item # 46828161
7) 2 African Pride $11.80 Item # 46828310
8) Fila cotton Boxer 3pk $23.90 Item # 6015012
9) F.O.T.L. Vneck Tshirts 3pk $16.25 Item # 6030021
10) 1 Jerzees T shirt - Blue $4.50 Item # 7515170
11) 1 Goldplated Halo crucifix $39.90 Item # 78144007
12) 1 Vasiline lotion $6.25 Item # 90621552
13) 1 Under Armour HOVR Havoc $64.90 Item # 90623310
14) 1 Nike Shoes gry/Blk $54.90 Item # 14026048
15) A4 Performance LS Tshirt $7.50 Item # 1000121
16) 1 Acrilic Watch cap Green $2.50 Item # 14262003
17) 1- 6pk Hanes Ankle socks $10.90 Item # 190114506
18) 1- 6pk Gildan Tank tops $15.50 Item # 34425042
19) 1 F.O.T.L. Green Tshirt $3.20 Item # 46267132
20) 1 Vasiline Cocoa Radiant lotion $6.25 Item # 90621550
21) 1 6ft Black T.V. cable $4.75 Item # 4018051
22) 1 Timberland boots $77.00 Item # 108007408 0
23) 1 Pro 5 Vneck T shirt/white $5.95 Item # 3025100C
24) 1 Pro 5 Vneck Tshirt/Blue $5.95 Item # 3025089C
25) 3 pair Red hap State blue $20 per pair/$16 per shirt (personal property)
26) 1 Radio shack T.V. cable splitter $7.50

V. Relief (continued)

that still has employment - whether thru M.T.C.-ODRC- or O.H.S.P. I want $150,000 for the permanent injury to my left hand/wrist. I want $100,000 for being placed in the T.P.U. for no reason. I want $150,000 from OHSP for basically obstruction of justice. I needed help. I want $100,000 for the treatment I endured, 5-6 moves in a 30 day period just to see me try and use my hand, Placing me on top rack even with the bottom bunk restrictions, and laughing about it.

I want all of my property or the equivilent back. I want $470.00 for every month I had to go without my property. I want %Kuelman and %Osbourne to split the cost of my property, and the institution to pay for the rest.

VII. Counsel

A. If someone other than a lawyer is assisting you in this case, state the persons name: ___N/A___

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action

yes ✓ _____  NO _____

If so, state the name's and addresses of each lawyer contacted: Patricia Horner
412 14th street
Toledo, Ohio 43604

VII Counsel (continued)

If not, state your reasons: _____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?

yes _____    NO ✓ _____

If so, state the lawyers name and address

_____ N/A _____
_____

Signed this __8th__ day of __January__, __2021__

_____
Signiture of Plaintiff's

I declare under penalty of perjury that the foregoing is true and correct. Executed on __1-08-21__
(Date)

_____
Signiture of Movant/Plaintiff

_____
Signiture of Attorney (if any)